Mark J. Tanzer #143647
A.S.P.C Lewis
Morey - M.D.U.
P.O Box 3300
Buckeye, AZ 85326.

RECEIVED ___ LODGED
___ COPY
MAR 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE General Order 14-17
(Rule Number/Section)
L.R. 5.4

In The United States District Court
for the district of Arizona.

CV-15-00544-PHX-JAT(ESW)

MARK J. TANZER #143647
Petitioner

Petition for writ of habeaus corpus.

The State of Arizona
Respondent

1.) This court having jurisdiction in and for the district of Arizona
2.) Petitioner currently incarcerated in The Arizona Dept of Corrections, at A.S.P.C Lewis Morey-M.D.U. as prisoner by the said respondent The State of Arizona
3.) Petitioner was taken into custody January 15, 2014 Because: CR2014102874, CR2014001759, CR2014001767 and CR2014001952 Sentenced to 9.5 years prison, and 3.5 years probation.
4.) Petitioner is illegally confined Because: U.S. 14th Amendment violations. U.S.C.

Respectfully Submitted March 23, 2015                    Mark Tanzer

3-23-15

To: The Clerk of The U.S. Court
401 W. Washington St.
Suite 130 - SPC-1
Phoenix AZ 85003-2118

My name is Mark J. Tanzer an inmate in The Arizona Dept of Corrections as prisoner 143647

I'm requesting the clerk of this court, and the court to appoint me an attorney to file my attatched writ of habeaus corpus., and a "civil cover sheet, I do not have."

Respectfully,
Mark Tanzer

Please contact me @ - MARK. J. TANZER
# 143647
A.S.P.C Lewis
Morey - M.D.U.
Phoenix AZ 85326